

FILED
2014 Feb-03  AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| KELLYE PAYNE, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER, SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>Defendant ) | Case No. 1:12-cv-02995-AKK |

## **MEMORANDUM OPINION**

On December 11, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge.

that this matter be remanded to the Commissioner of Social Security for further consideration by the Administrative Law Judge.

A separate order of remand will be entered.

DONE this 3rd day of February, 2014.

                                          **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE