UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KELLYE PAYNE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:12-cv-02995-AKK |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On December 11, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge.

that this matter be remanded to the Commissioner of Social Security for further consideration by the Administrative Law Judge.

A separate order of remand will be entered.

DONE this 3rd day of February, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE